# In The United States Court of Federal Claims

## Cover Sheet

05-1060C

Plaintiff(s) or Petitioner(s)

JOHN G. BERG

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] William J. Hughes, Jr., Esq.

Firm Name: Cooper Levenson April Niedelman & Wagenheim, PA

Post Office Box:

Street Address: 1125 Atlantic Avenue, 3rd Floor

City-State-Zip: Atlantic City, NJ 08401

Telephone & Facsimile Numbers: 609-572-7512 phone; 609-572-7513 fax

E-mail address: whughes@cooperlevenson.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

whether amount owed or refund due in dispute

Government Agency Involved: T R E

**See attached Sheet for three digit code.**

Amount Claimed: $ 45,182.23+interest

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005