**No. 05–1060 T**
**Honorable Christine O.C. Miller**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**JOHN G. BERG,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**MOTION FOR ENLARGEMENT OF TIME**

---

Pursuant to RCFC 6(b), defendant respectfully moves the Court for a 30-day enlargement of time from December 12, 2005, to and including January 11, 2006, in which to file a response to the complaint. This is the first request by defendant for this purpose. Plaintiff's attorney has indicated that he will not object to the allowance of this motion. In support of this motion, defendant states as follows:

1. Plaintiff filed the complaint in this case on October 3, 2005. Pursuant to 28 U.S.C. Section 520, the United States Department of Justice requested the views of the Internal Revenue Service with respect to this matter. Personnel of the Internal Revenue Service have been assembling the "administrative file" with respect to this action. To date, defendant's attorney has not received the administrative file. The administrative file is essential to the preparation of a meaningful response to plaintiff's complaint. Additional time is needed for the IRS to

assemble and forward the administrative file to the Department of Justice and for defendant's attorney to review the file and prepare an appropriate response to the complaint.

2. Defendant's attorney is scheduled to attend training at the National Advocacy Center in Columbia, South Carolina, from December 5th until December 15th and will be unable to prepare a response during that time.

Accordingly, defendant requests that the Court allow the requested enlargement of time.

Respectfully submitted,

November 30, 2005
Date

s/ Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

November 30, 2005
Date

s/ David Gustafson
Of Counsel

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has been made on plaintiff this ____ day of November, 2005, by mailing a copy thereof, in a postage prepaid envelope, to the following address:

William J. Hughes, Jr.
Cooper Levenson April Nieldelman & Wagenheim, PA
1125 Atlantic Avenue, 3rd Floor
Atlantic City, New Jersey 08401

______________________________

*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Station*
*Washington, DC 20044*
*(202) 307-6440*