APPENDIX A

Internal Revenue Code (26 U.S.C.):

### § 7121. Closing agreements

(a) **Authorization.**--The Secretary is authorized to enter into an agreement in writing with any person relating to the liability of such person (or of the person or estate for whom he acts) in respect of any internal revenue tax for any taxable period.

(b) **Finality.**--If such agreement is approved by the Secretary (within such time as may be stated in such agreement, or later agreed to) such agreement shall be final and conclusive, and, except upon a showing of fraud or malfeasance, or misrepresentation of a material fact--

(1) the case shall not be reopened as to the matters agreed upon or the agreement modified by any officer, employee, or agent of the United States, and

(2) in any suit, action, or proceeding, such agreement, or any determination, assessment, collection, payment, abatement, refund, or credit made in accordance therewith, shall not be annulled, modified, set aside, or disregarded.

### § 7122. Compromises

(a) **Authorization.**--The Secretary may compromise any civil or criminal case arising under the internal revenue laws prior to reference to the Department of Justice for prosecution or defense; and the Attorney General or his delegate may compromise any such case after reference to the Department of Justice for prosecution or defense.

## 28 U.S.C.:

### § 2501. Time for filing suit

Every claim of which the United States Court of Federal Claims has jurisdiction shall be barred unless the petition thereon is filed within six years after such claim first accrues.

# Treasury Regulations (26 C.F.R.):

§ 301.7121-1 Closing agreements.

. . . . .

(d) Procedure with respect to closing agreements--(1) Submission of request. A request for a closing agreement which relates to a prior taxable period may be submitted at any time before a case with respect to the tax liability involved is docketed in the Tax Court of the United States. All closing agreements shall be executed on forms prescribed by the Internal Revenue Service. The procedure with respect to requests for closing agreements shall be under such rules as may be prescribed from time to time by the Commissioner in accordance with the regulations under this section.

§ 601.202 Closing agreements.

. . . . .

(b) Use of prescribed forms. In cases in which it is proposed to close conclusively the total tax liability for a taxable period ending prior to the date of the agreement, Form 866, Agreement as to Final Determination of Tax Liability generally will be used. In cases in which agreement has been reached as to the disposition of one or more issues and a closing agreement is considered necessary to insure consistent treatment of such issues in any other taxable period Form 906, Closing Agreement as to Final Determination Covering Specific Matters, generally will be used. A request for a closing agreement which determines tax liability may be submitted and entered into at any time before the determination of such liability becomes a matter within the province of a court of competent jurisdiction and may thereafter be entered into in appropriate circumstances when authorized by the court (e.g., in certain bankruptcy situations). The request should be submitted to the district director of internal revenue with whom the return for the period involved was filed. However, if the matter to which the request relates is pending before an office of the Appellate Division, the request should be submitted to that office. A request for a closing agreement which relates only to a subsequent period should be submitted to the Commissioner of Internal Revenue, Washington, DC 20224.

§ 601.203 Offers in compromise.

. . . . .

(b) Use of prescribed form. Offers in compromise are required to be submitted on Form 656, properly executed, and accompanied by a financial statement on Form 433 (if based on inability to pay). Form 656 is used in all cases regardless of whether the amount of the offer is tendered in full at the time the offer is filed or the amount of the offer is to be paid by deferred payment or payments. Copies of Form 656 and Form 433 may be obtained from district directors. An offer in compromise, should be filed with the district director or service center director.

APPENDIX B

No. 05–1060 T
Honorable Christine O.C. Miller

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN G. BERG,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DECLARATION OF JACOB E. CHRISTENSEN

I, Jacob E. Christensen, pursuant to the provisions of 28 U.S.C. § 1746, state as follows:

1.    I am the trial attorney assigned by the Department of Justice to defend the interests

of the United States in the case captioned above, and I have possession of portions of the Internal

Revenue Service administrative file in this matter.

2.    The administrative file contains the following documents, that, to the best of my

knowledge and belief, are true and correct copies of what they purport to be:

| Exhibit | Description |
| --- | --- |
| 1 | Form 4340, Certificate of Assessments and Payments relating to plaintiff's individual federal income tax year of 1986. |
| 2 | Form 4340, Certificate of Assessments and Payments relating to plaintiff's individual federal income tax year of 1989. |

B-1

Executed in Washington, D.C. under penalty of perjury on January 11, 2006.

                                              s/Jacob Christensen
                                              Jacob E. Christensen
                                              *Attorney of Record*
                                              *U.S. Department of Justice*
                                              *Tax Division*
                                              *Court of Federal Claims Section*
                                              *Post Office Box 26*
                                              *Ben Franklin Post Office*
                                              *Washington, D.C. 20044*
                                              *Voice: (202) 307-0878*
                                              *Fax: (202) 514-9440*
                                              *Email: jacob.e.christensen@usdoj.gov*

B-2



# United States     of America

### Department of the Treasury
### Internal Revenue Service

Date: **November 17, 2005**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: **Form 4340 Certificate of Assessments, and Payments, consisting of 15 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. John G. & Maureen R. Berg, 138 Montrose Ave Apt 59, Bryn Mawr, PA 19010, for Tax Period(s) 198612, 198912 Form 1040.** _____

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

**PAUL L. CZARNECKI**
**ACCOUNTING CONTROL/SERVICES OPERATION**
**MANAGER**
**PHILADELPHIA SUBMISSION PROCESSING CENTER**

**DEFENDANT'S EXHIBIT**
1
PENGAD-Bayonne, N. J.

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
      CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOHN G & MAUREEN BERG              EIN/SSN:  ██████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC   1986

                                     ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT    DATE (23C,
                                     (REVERSAL)    (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------

            ADJUSTED GROSS INCOME
                    903,672.00-

10-15-1987 RETURN FILED & TAX ASSESSED            179,241.20    11-30-1987
           28221-290-06631-7   198746

04-15-1987 EXTENSION OF TIME TO FILE
           EXT. DATE   08-15-1987

08-10-1987 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-1987

            FAILURE TO PAY TAX               6,428.32           11-30-1987
            PENALTY
            198746

            INTEREST ASSESSED              10,727.97           11-30-1987
            198746

12-24-1987 AMENDED RETURN FILED
           28211-023-97442-8

10-10-1989 BANKRUPTCY SUIT PENDING

            ADDITIONAL TAX ASSESSED                  0.00       02-26-1990
            28254-436-15587-0   199007

09-21-1990 ASSESSMENT STATUTE EXPIR
           DATE EXTEND TO 12-31-1991

05-20-1991 FAILURE TO PAY TAX               6,428.32-
           PENALTY ABATED

FORM 4340  (REV. 01-2002)              PAGE   1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOHN G & MAUREEN BERG                    EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1986

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| 05-20-1991 | RESTRICTED INTEREST ABATED | 10,727.97- | | |
| 05-20-1991 | PRIOR TAX ABATED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 28247-520-00020-1 | 179,241.20- | | |
| 05-20-1991 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 05-20-1991 | | | |
| 05-20-1991 | RENUMBERED RETURN 28247-520-00020-1 | | | |
| 10-10-1989 | LEGAL SUIT PENDING | | | |
| 04-22-1991 | BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 08-10-1991 | LEGAL SUIT NO LONGER PENDING | | | |
| 11-13-1991 | RECEIVED POA/TIA | | | |
| 07-17-1992 | REMOVED POA/TIA | | | |
| 02-17-1994 | RECEIVED POA/TIA | | | |
| 01-17-2000 | REMOVED POA/TIA | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOHN G & MAUREEN BERG                    EIN/SSN:  


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC   1986

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|

02-28-2000 RECEIVED POA/TIA

09-10-2001 REMOVED POA/TIA

11-30-1987 Statutory Notice of Balance Due

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

JOHN G & MAUREEN BERG                        EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1986
---------------------------------------------------------------------------


BALANCE            0.00

---------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME: __PAUL L. CZARNECKI_____

TITLE:__ACCOUNTING CONTROL/ SERVICES OPERATION MANAGER____

DELEGATION ORDER:____11_____


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 11/10/2005

FORM 4340  (REV. 01-2002)                PAGE    4

B-7



# United States        of America

### Department of the Treasury
### Internal Revenue Service

———

Date: **November 17, 2005**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: **Form 4340 Certificate of Assessments, and Payments, consisting of 15 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. John G. & Maureen R. Berg, 138 Montrose Ave Apt 59, Bryn Mawr, PA 19010, for Tax Period(s) 198612, 198912 Form 1040.**

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

**PAUL L. CZARNECKI**
**ACCOUNTING/CONTROL/SERVICES OPERATION MANAGER**
**PHILADELPHIA SUBMISSION PROCESSING CENTER**

**DEFENDANT'S EXHIBIT 2**

Catalog Number 19002E

B-8

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOHN G & MAUREEN BERG                    EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1989

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
|  | ADJUSTED GROSS INCOME          651,776.00 | | | |
|  | TAXABLE INCOME          425,797.00 | | | |
| 10-18-1990 | RETURN FILED & TAX ASSESSED 28221-286-65915-0  199045 | | 24,468.00 | 11-19-1990 |
| 04-15-1990 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-1990 | | | |
| 08-16-1990 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-1990 | | | |
|  | FAILURE TO PAY TAX PENALTY 199045 | | 978.72 | 11-19-1990 |
|  | INTEREST ASSESSED 199045 | | 1,661.23 | 11-19-1990 |
|  | ADDITIONAL TAX ASSESSED BY EXAMINATION OTHER CLOSINGS AFTER EXAMINATION 28247-520-00022-1  199119 | | 0.00 | 05-20-1991 |
|  | QUICK ASSESSMENT 23251-119-12100-1 | | 99,559.00 | 05-02-1991 |
|  | INTEREST ASSESSED 199123 | | 12,047.55 | 05-02-1991 |
| 08-19-1991 | PRIOR TAX ABATED TENTATIVE CARRYBACK CLAIM 28254-612-90036-1 | | 11,842.00- | |

FORM 4340  (REV. 01-2002)                    PAGE    1

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

JOHN G & MAUREEN BERG                    EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|----------------------------|----------------------------|----------------------------|
| | INTEREST ASSESSED 199132 | | 5,479.36 | 08-19-1991 |
| | FAILURE TO PAY TAX PENALTY 199132 | | 2,973.81 | 08-19-1991 |
| 11-13-1991 | RECEIVED POA/TIA | | | |
| 07-17-1992 | REMOVED POA/TIA | | | |
| 08-24-1992 | BANKRUPTCY SUIT PENDING | | | |
| 08-24-1992 | LEGAL SUIT PENDING | | | |
| 09-17-1992 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 12-14-1992 | BANKRUPTCY SUIT PENDING | | | |
| 12-14-1992 | LEGAL SUIT PENDING | | | |
| 02-17-1994 | RECEIVED POA/TIA | | | |
| 02-07-1994 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 07-08-1994 | FEDERAL TAX LIEN | | | |

```
FORM 4340  (REV. 01-2002)                 PAGE   2
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

JOHN G & MAUREEN BERG                    EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 08-01-1994 | FEES AND COLLECTION COSTS | 14.00 | | |
| 04-11-1995 | OFFER IN COMPROMISE PENDING | | | |
| 06-09-1995 | FEDERAL TAX LIEN | | | |
| 07-03-1995 | FEES AND COLLECTION COSTS | 24.00 | | |
| 08-04-1995 | OFFER IN COMPROMISE REJECTED | | | |
| 04-15-1998 | OVERPAID CREDIT APPLIED 1040      199712 | | 1,272.00 | |
| 10-26-1998 | OVERPAID CREDIT APPLIED 1040      199712 | | 33.00 | |
| 02-26-1999 | OFFER IN COMPROMISE PENDING | | | |
| 01-17-2000 | REMOVED POA/TIA | | | |
| 02-28-2000 | RECEIVED POA/TIA | | | |
| 09-10-2001 | REMOVED POA/TIA | | | |
| 07-30-2002 | OFFER IN COMPROMISE REJECTED | | | |

```
FORM 4340  (REV. 01-2002)              PAGE    3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOHN G & MAUREEN BERG                    EIN/SSN: ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1989

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 11-25-2002 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-09-2002 | COLLECTION STATUTE EXTENSION TO 06-30-2006 | | | |
| 11-03-2003 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 11-03-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 11-03-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-09-2004 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 02-23-2004 | FEES AND COLLECTION COSTS | | 76.00 | |

FORM 4340  (REV. 01-2002)                    PAGE   4

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOHN G & MAUREEN BERG                    EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 01-13-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 04-15-2004 | RECEIVED POA/TIA | | | |
| 05-10-2004 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 04-28-2004 | SUBSEQUENT PAYMENT | | 132.60 | |
| 04-30-2004 | FEDERAL TAX LIEN | | | |
| 05-24-2004 | FEES AND COLLECTION COSTS | 55.00 | | |
| 05-26-2004 | SUBSEQUENT PAYMENT | | 132.60 | |
| 06-23-2004 | SUBSEQUENT PAYMENT | | 132.60 | |
| 07-28-2004 | SUBSEQUENT PAYMENT | | 132.60 | |
| 08-17-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

```
FORM 4340  (REV. 01-2002)              PAGE    5
```

B-13

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOHN G & MAUREEN BERG                    EIN/SSN:
```



```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1989
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 08-25-2004 | SUBSEQUENT PAYMENT | | 132.60 | |
| 09-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-13-2004 | SUBSEQUENT PAYMENT LEVY | | 884.00 | |
| 10-18-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-07-2004 | LEGAL SUIT PENDING | | | |
| 10-08-2004 | SUBSEQUENT PAYMENT LEVY | | 884.00 | |
| 11-18-2004 | SUBSEQUENT PAYMENT LEVY | | 884.00 | |
| 12-13-2004 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 884.00 | |
| 01-18-2005 | SUBSEQUENT PAYMENT LEVY | | 913.00 | |

```
FORM 4340  (REV. 01-2002)               PAGE    6
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOHN G & MAUREEN BERG                    EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1989


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 01-31-2005 | LEGAL SUIT PENDING | | | |
| 01-31-2005 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 02-17-2005 | SUBSEQUENT PAYMENT LEVY | | 913.00 | |
| 03-07-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-21-2005 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-11-2005 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 913.00 | |
| 04-11-2005 | SUBSEQUENT PAYMENT LEVY | | 913.00 | |
| 04-26-2005 | INSTALLMENT AGREEMENT | | | |
| 05-12-2005 | SUBSEQUENT PAYMENT LEVY | | 913.00 | |
| 06-13-2005 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 913.00 | |

FORM 4340  (REV. 01-2002)              PAGE    7

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

JOHN G & MAUREEN BERG                      EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   1989
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 07-12-2005 | SUBSEQUENT PAYMENT LEVY | | 913.00 | |
| 08-12-2005 | SUBSEQUENT PAYMENT LEVY | | 908.00 | |
| 09-12-2005 | SUBSEQUENT PAYMENT LEVY | | 908.00 | |
| 10-19-2005 | SUBSEQUENT PAYMENT LEVY | | 908.00 | |
| 11-19-1990 | Statutory Notice of Balance Due | | | |
| 05-27-1991 | Notice of Balance Due | | | |
| 05-02-1991 | Statutory Notice of Balance Due | | | |
| 07-01-1991 | Notice of Balance Due | | | |
| 08-19-1991 | Statutory Notice of Balance Due | | | |
| 09-23-1991 | Notice of Balance Due | | | |

```
FORM 4340  (REV. 01-2002)                    PAGE    8
```

B-16

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JOHN G & MAUREEN BERG                    EIN/SSN: ██████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1989

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 11-04-1991 | Statutory Notice of Intent to Levy | | | |
| 03-30-1992 | Statutory Notice of Intent to Levy | | | |
| 10-19-1992 | Statutory Notice of Intent to Levy | | | |
| 03-21-1994 | Statutory Notice of Intent to Levy | | | |
| 08-28-1995 | Statutory Notice of Intent to Levy | | | |
| 02-12-2001 | Notice of Balance Due | | | |
| 03-19-2001 | Statutory Notice of Intent to Levy | | | |
| 05-21-2001 | Statutory Notice of Intent to Levy | | | |
| 07-23-2001 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    9

B-17

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOHN G & MAUREEN BERG                    EIN/SSN:

▓▓▓▓▓  TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   1989

|      |                                | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|--------------------------------|-------------------------------------|----------------------------|---------------------------------|
| DATE | EXPLANATION OF TRANSACTION     |                                     |                            |                                 |

--------------------------------------------------------------------------------
03-07-2005 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                    PAGE   10

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

JOHN G & MAUREEN BERG                    EIN/SSN:    ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989
------------------------------------------------------------------------


BALANCE        120,875.67

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:  PAUL L. CZARNECKI

TITLE:  ACCOUNTING CONTROL/ SERVICES OPERATION MANAGER

DELEGATION ORDER:    11


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 11/10/2005

FORM 4340  (REV. 01-2002)              PAGE    11



B-19