William J. Hughes, Jr., Esq.(1924)
COOPER LEVENSON APRIL NIEDELMAN
& WAGENHEIM, PA
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
(609) 344-3161
whughes@cooperlevenson.com
Attorneys for Plaintiff

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JOHN G. BERG<br><br>Plaintiff,<br><br>v.<br><br>JOHN H. SNOW, SECRETARY OF THE TREASURY OF THE UNITED STATES<br><br>Defendants. | Civil Action<br><br>No. 05-1060C<br><br>**CERTIFICATION OF WILLIAM J. HUGHES, JR. IN SUPPORT OF PLAINTIFF'S BRIEF IN REPLY TO DEFENDANT'S MOTION TO DISMISS** |

I, WILLIAM J. HUGHES, JR., of full age, hereby certify as follows:

1. I am an attorney with the law firm of Cooper Levenson April Neidelman & Wagenheim, P.A, counsel to the plaintiff in the above-captioned case. In this capacity, I have personal knowledge of the facts cited herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed in the United States District Court for the Eastern District of Pennsylvania on July 12, 2004.

3. Attached hereto as Exhibit 2 is a true and correct copy of an Answer filed on behalf of defendant, dated September 23, 2004, in the United States District Court for the Eastern District of Pennsylvania.

4. Attached hereto as Exhibit 3 is a true and correct copy of the April 12, 2005 Order and Memorandum of Judge Buckwalter granting defendant's cross motion for summary judgment without prejudice in the United States District Court for the Eastern District of Pennsylvania.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

_/s/William J. Hughes, Jr._

Dated: 1/24/06 WILLIAM J. HUGHES, JR.(1924)

CPAC; 640145.1