William J. Hughes, Jr., Esq.(1924)
COOPER LEVENSON APRIL NIEDELMAN
& WAGENHEIM, PA
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
(609) 344-3161
whughes@cooperlevenson.com
Attorneys for Plaintiff

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN G. BERG<br><br>Plaintiff,<br><br>v.<br><br>JOHN H. SNOW, SECRETARY OF THE TREASURY OF THE UNITED STATES<br><br>Defendants. | : | Civil Action<br><br>No. 05-1060C<br><br>**Certification of Service** |

I, WILLIAM J. HUGHES, JR., of full age, hereby certify as follows:

1. I am an attorney with the law firm of Cooper Levenson April Neidelman & Wagenheim, P.A, counsel to the plaintiff in the above-captioned case.

2. The attached brief and certification were filed electronically with the U.S. Court of Federal Claims. A hard

copy has been forwarded to the Hon. Christine O. C. Miller on January 27, 2006.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

_/s/William J. Hughes, Jr._

Dated: 1/27/06 WILLIAM J. HUGHES, JR.(1924)

CPAC; 641261.1