# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOHN G. BERG,** *

Plaintiff, *

v. * No. 05-1060T

**THE UNITED STATES,** * (Filed Mar. 6, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the parties' telephonic agreement, argument on defendant's motion to dismiss shall be held at 2:30 p.m. on Tuesday, March 21, 2006, in the Howard T. Markey National Courts Building.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge