William J. Hughes, Jr., Esquire, 1924
COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, PA
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
(609) 344-3161
Attorneys for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN G. BERG | : | |
| | : | |
| Plaintiff, | : | No. 05-1060C |
| | : | |
| v. | : | |
| | : | **NOTICE OF INTENTION TO FILE** |
| THE UNITED STATES | : | **MOTION AND REQUEST FOR** |
| | : | **EXTENSION OF TIME TO FILE** |
| Defendants. | : | |

TO: Gregory Hrebiniak, Judge Christine O.C. Miller:

**PLEASE TAKE NOTICE** that the plaintiff in the above-captioned matter will move before the Honorable Christine O.C. Miller, for reconsideration of the Court’s decision and hereby requests an extension of time to file for reconsideration to May 15, 2006.

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

By: /s/ William J. Hughes, Jr.
William J. Hughes, Jr. WJH4843
Attorneys for Plaintiff

CPAC; 666508.1