# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOHN G. BERG,** *

Plaintiff, *

v. * No. 05-1060T

**THE UNITED STATES,** * (Filed Apr. 27, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

1. Plaintiff's motion filed on April 26, 2007, for an extension of time to file his Motion for Reconsideration is granted. Plaintiff shall file his motion for reconsideration by May 15, 2006.

2. Defendant shall respond by May 22, 2006.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge