William J. Hughes, Jr., Esquire
COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
(609) 344-3161
File No.: 49297-1
Attorney for Plaintiff

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN G. BERG,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-1060T<br><br>**NOTICE OF MOTION FOR RECONSIDERATION** |

TO: Jacob Earl Christensen
U.S. Department of Justice, Tax Division
U.S. Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, DC 20004

PLEASE TAKE NOTICE that the undersigned attorney for Plaintiff, will apply to the above-named Court for an Order granting its Motion for Reconsideration and such other relief as may be appropriate.

Reliance will be placed on the attached Brief and Certification of John G. Berg.

COOPER LEVENSON APRIL NIEDELMAN &
WAGENHEIM, P.A.

By: /s/William J. Hughes, Jr.
William J. Hughes, Jr.
Attorneys for Plaintiff,
John G. Berg

DATED: May 12, 2006

CLAC; 3681.1