William J. Hughes, Jr., Esquire, 1924
COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, PA
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
(609) 344-3161
Attorneys for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN G. BERG<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendants. | : | No. 05-1060C<br><br>**CERTIFICATION OF JOHN G. BERG** |

I, John G. Berg, being duly sworn, depose and say:

1. I am the Plaintiff in the above captioned matter.

2. On or about February 2004 and continuing until the present time, the Defendant levied and seized, first a portion and then the entirety of, the cash retirement benefits due to me from the Social Security Administration.

3. I was advised by the Defendant that the levy arose from Federal Income Taxes allegedly due by me for the tax year 1989.

4. On or about January 2005 the total amount of benefits levied and seized by the Defendant exceeded Ten Thousand ($10,000) Dollars.

5. The Defendant's levy and seizure of the above-described cash benefits continues until the present time.

6. The levy and seizure aforesaid were the first cash losses I incurred as a result of the Defendant's allegation that any funds were due to Defendant in federal taxes for the tax year 1989.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject.

Dated: 5-9-06

JOHN G. BERG

CLAC; 3202.1