William J. Hughes, Jr., Esquire
COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
(609) 344-3161
File No.: 49297-1
Attorney for Plaintiff

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN G. BERG, | |
| Plaintiff, | |
| vs. | No. 05-1060T |
| UNITED STATES OF AMERICA, | **ORDER** |
| Defendant. | |

This matter having come before the Court by way of Motion for Reconsideration filed by Plaintiff John G. Berg, William J. Hughes, Jr., Esquire of the firm of Cooper Levenson April Niedelman & Wagenheim, P.A., appearing on behalf of the Plaintiff, and Jacob Earl Christensen of the U.S. Department of Justice, Tax Division, appearing on behalf of Defendant United States of America, and the Court having considered the arguments of counsel and good cause having been shown;

IT IS on this ________ day of ____________________, 2006, ORDERED that the Motion for Reconsideration filed by Plaintiff John B. Berg is hereby GRANTED and the April 6 Order is hereby VACATED; and

IT IS FURTHER ORDERED that a copy of this Order shall be distributed to all counsel within _____ days of the receipt of same by Plaintiff's counsel.

______________________________________
Honorable Christine O.C. Miller

CLAC; 3682.1