William J. Hughes, Jr., Esq.(1924)
COOPER LEVENSON APRIL NIEDELMAN
& WAGENHEIM, PA
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
(609) 344-3161
whughes@cooperlevenson.com
Attorneys for Plaintiff

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JOHN G. BERG<br><br>Plaintiff,<br><br>v.<br><br>JOHN H. SNOW, SECRETARY OF THE TREASURY OF THE UNITED STATES<br><br>Defendants. | Civil Action<br><br>No. 05-1060C<br><br>**Certification of Service** |

I, WILLIAM J. HUGHES, JR., of full age, hereby certify as follows:

1. I am an attorney with the law firm of Cooper Levenson April Neidelman & Wagenheim, P.A, counsel to the plaintiff in the above-captioned case.

2. The attached Notice of Motion, Brief and Certification in support of the Motion, and proposed form of order were filed electronically with the U.S. Court of Federal Claims. A hard

copy has been forwarded to the Hon. Christine O. C. Miller on May 15, 2006.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

_/s/William J. Hughes, Jr._
WILLIAM J. HUGHES, JR.(1924)

Dated: 1/27/06

CLAC; 3962.1