# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **JOHN G. BERG,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-1060T |
| **THE UNITED STATES,** | * | (Filed May 22, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

After judgment entered in this case on April 7, 2006, plaintiff moved on April 26, 2006, for an enlargement of time within which to file his motion for reconsideration. By order entered on April 27, 2006, the court granted the enlargement. Defendant on April 28, 2006, filed a motion for reconsideration of the court's order granting plaintiff's enlargement of time on the ground that it was filed three days late. Plaintiff did not respond to this motion within the time provided for by rule, or by May 15, 2006.

RCFC 59(b) authorized plaintiff to move within ten days, but does not provide for extension of this period. As a general practice the Clerk of the Court forwards materials to chambers under cover of a Memorandum noting defects, e.g., when a motion is out of time. The court's order granting the additional time was improvident in that it did not count the ten business days.

Plaintiff on May 15, 2006, filed his Motion for Reconsideration, and defendant responded on May 19, 2006.

Plaintiff's motion for reconsideration was untimely. It is denied on that basis. Alternatively, as the motion has been briefed fully, the court having carefully considered it, is also denied based on the reasons set forth in defendant's May 19, 2006 response, which correctly reflects the court's rulings and the statements made during argument. Accordingly,

**IT IS ORDERED**, as follows:

Plaintiff's motion for reconsideration is denied.

s/ Christine O. C. Miller

---

**Christine Odell Cook Miller**
Judge