ORIGINAL

FILED
JUN 5 2006
U.S. COURT OF FEDERAL CLAIMS

William J. Hughes, Jr., Esquire, 1924
COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, PA
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
(609) 344-3161
Attorneys for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JOHN G. BERG<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendants. | No. 05-1060C<br><br>**NOTICE OF APPEAL** |

TO: Jacob E. Christensen, Esquire; David Gustafson, Esquire; and, Judge Christine O.C. Miller:

**PLEASE TAKE NOTICE** that Plaintiff John Berg in the above-captioned case hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's Order dismissing the Plaintiff's Complaint entered in this action on April 6, 2006 and as reconfirmed by this Court's Order denying the Plaintiff's Motion for Reconsideration entered in this action on May 22, 2006.

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

Dated: June 5, 2006

By: ______________________
William J. Hughes, Jr. WJH4843
Attorneys for Plaintiff